# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 16 2023

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

UNITED STATES OF AMERICA

VS.                                           NO. 4:17cr00293-47 BSM

RANDALL RAPP
32557-009

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE CUSTODIAL AUTHORITY at the ARKANSAS DEPARTMENT OF CORRECTION, CUMMINS UNIT and TO THE UNITED STATES MARSHAL FOR THE EASTERN DISTRICT OF ARKANSAS:

GREETINGS:

We command that you surrender the body of RANDALL RAPP ADC# 652507 detained in the ARKANSAS DEPARTMENT OF CORRECTION, CUMMINS UNIT, Grady, Arkansas in your custody, under safe and secure conduct, to the custody of the United States Marshal for the Eastern District of Arkansas, and the said Marshal is directed to produce the body of the Defendant before this Court on September 26, 2019 at 2:00 p.m., before the Honorable Joe J. Volpe, and after the proceedings have been concluded, that you return RANDALL RAPP to ARKANSAS DEPARTMENT OF CORRECTION, CUMMINS UNIT under safe and secure conduct.

IN WITNESS WHEREOF, I have set my hand and the seal of said court, this 6 September 2019.

_____
UNITED STATES MAGISTRATE JUDGE

A TRUE COPY I CERTIFY
JAMES W. McCORMACK, CLERK
By _____ D.C.

Sent set for 10-18-22

| | |
|---|---|
| I HEREBY CERTIFY AND RETURN THAT I HAVE EXECUTED (IN PART) THE WITHIN WRIT BY DELIVERING THE SAID:<br>(NAME) RAPP<br>FROM ADC TO Dallas<br>ON THIS DATE 9-20-19<br>DEPUTY SIGNATURE AND DISTRICT:<br>PP  E/AR | |
| I HEREBY CERTIFY AND RETURN THAT I HAVE EXECUTED (IN PART) THE WITHIN WRIT BY DELIVERING THE SAID:<br>(NAME) ~~RAPP~~<br>FROM ~~ADC~~ TO ~~Dallas~~<br>ON THIS DATE ~~9-20-19~~<br>DEPUTY SIGNATURE AND DISTRICT:<br>~~PP~~ Cancelled return | WT Sent, Jan 2021 |
| I HEREBY CERTIFY AND RETURN THAT I HAVE EXECUTED (IN PART) THE WITHIN WRIT BY DELIVERING THE SAID:<br>(NAME)<br>FROM ADC TO USM detainer<br>ON THIS DATE 4.3.23<br>DEPUTY SIGNATURE AND DISTRICT: PP | |
| I HEREBY CERTIFY AND RETURN THAT I HAVE EXECUTED (IN PART) THE WITHIN WRIT BY DELIVERING THE SAID:<br>(NAME)<br>FROM ___ TO ___<br>ON THIS DATE ___<br>DEPUTY SIGNATURE AND DISTRICT: | |
| I HEREBY CERTIFY AND RETURN THAT I HAVE EXECUTED (IN PART) THE WITHIN WRIT BY DELIVERING THE SAID:<br>(NAME)<br>FROM ___ TO ___<br>ON THIS DATE ___<br>DEPUTY SIGNATURE AND DISTRICT: | |